IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02837-LTB-BNB

DENVER 11, LLC, a Washington limited liability company,
RAM INTERNATIONAL I, LLC, a Washington limited liability company, and
UNIGARD INSURANCE COMPANY, a Wisconsin company,

Plaintiffs,

v.

FIREGUARD, a Colorado entity of unknown corporate structure,

Defendant.
_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

   This matter is before the Court on the **Plaintiffs and Defendant's Joint Motion to Amend Scheduling Order** [docket no. 10, filed August 24, 2012] (the "Motion").

   IT IS ORDERED that the Motion is GRANTED and the parties shall designate all experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **September 7, 2012,** and the parties shall designate all rebuttal experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **October 8, 2012**.


DATED:  August 27, 2012