IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02837-LTB-BNB

DENVER 11, LLC, a Washington limited liability company,
RAM INTERNATIONAL I, LLC, a Washington limited liability company, and
UNIGARD INSURANCE COMPANY, a Wisconsin company,

Plaintiffs,

v.

FIREGUARD, a Colorado entity of unknown corporate structure,

Defendant.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Second Joint Motion to Amend Scheduling Order** [docket no. 13, filed October 26, 2012] (the "Motion").

IT IS ORDERED that the Motion is DENIED WITHOUT PREJUDICE subject to a renewed motion which addresses all remaining scheduling order deadlines, including the dispositive motion deadline.

DATED:  October 29, 2012