IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02837-LTB-BNB

DENVER 11, LLC, a Washington limited liability company,
RAM INTERNATIONAL I, LLC, a Washington limited liability company, and
UNIGARD INSURANCE COMPANY, a Wisconsin company,

Plaintiffs,

v.

FIREGUARD, a Colorado entity of unknown corporate structure,

Defendant.
_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

   This matter is before the Court on the **Amended Second Joint Motion to Amend Scheduling Order** [docket no. 16, filed October 29, 2012] (the "Motion").

   IT IS ORDERED that the Motion is GRANTED and the discovery cut-off is extended to and including **December 5, 2012,** solely to allow for the remaining depositions specified in the motion to be taken.


DATED:  October 30, 2012