**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Action No.  11-cv-02837-LTB-BNB

DENVER 11, LLC, a Washington limited liability company,
RAM INTERNATIONAL I, LLC, a Washington limited liability company, and
UNIGARD INSURANCE COMPANY, a Wisconsin company,

       Plaintiffs,

v.

FIREGUARD, a Colorado entity of unknown corporate structure,

       Defendant.

___

**ORDER**
___

THIS MATTER having come before the Court on the Stipulated Motion to Dismissal With Prejudice (Doc 22 - filed December 14, 2012), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

                                      BY THE COURT:

                                        s/Lewis T. Babcock
                                      Lewis T. Babcock, Judge

DATED:   December 17, 2012